**Opinion issued December 13, 2016**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-16-00598-CV

—————————————

## STEPHEN JERMERY TYLER, Appellant

## V.

## HARRIS COUNTY, ET AL., Appellees

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 2015-03438

## MEMORANDUM OPINION

Appellant, Stephen Jermery Tyler, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a) (West 2013), 101.041 (West Supp. 2015); Fees Charged in the Supreme Court, in Civil Cases in the Courts of

Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.